IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03368-LTB-KLM

THOMAS REPPERT,

    Plaintiff,

v.

BLAZIN WINGS, INC., doing business as Buffalo Wild Wings Grill & Bar,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Protective Order [#18]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#18-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: February 19, 2015