**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-03368-LTB-KLM

THOMAS REPPERT,

    Plaintiff,

v.

BLAZIN WINGS, INC., d/b/a Buffalo Wild Wings Grill & Bar,

    Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc 27 - filed June 26, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                          BY THE COURT:

                                                        s/Lewis T. Babcock
                                                        Lewis T. Babcock, Judge

DATED:   June 29, 2015